# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-1993

———————————————

OTHA K. JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

February 28, 2018

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.110(b); Fla. R. App. P. 9.141(b)(1). Any request for belated appeal must be filed pursuant to Florida Rule of Appellate Procedure 9.141(c).

WETHERELL, ROWE, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Otha K. Johnson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.